UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY KAHN, <br> Plaintiff, <br><br> -vs.- <br><br> FAIRFIELD UNIVERSITY, <br> Defendant. | : <br> : <br> : CIVIL ACTION NO. <br> : 3:02 CV 15761 (JCH) <br> : <br> : October 22, 2003 <br> : <br> : |

FILED
2003 OCT 23 P 12: 25
US DISTRICT
BR...

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Beverly Kahn, respectfully requests an extension of time in which to perform all discovery. In support of this motion, Plaintiff states the following:

1. Pursuant to this Court's May 15th 2003 Order, the following relevant deadlines were established: (a) all discovery will be completed by November 15, 2003; and (b) dispositive motions will be filed by December 15, 2003.

2. In the interim, counsel for the parties have served and responded to written discovery and Plaintiff's counsel has deposed a defense witness. In addition, the parties have scheduled the deposition of the Plaintiff and another defense witness, and attempted to schedule the depositions of several fact witnesses.

3. The depositions have not gone forward as scheduled, however, because Plaintiff's husband has been hospitalized on two occasions with acute pancreatitis. On the first occasion he experienced an extended stay in the intensive care unit and on the second occasion he underwent surgery to address his condition. Both hospital stays necessitated the adjournment of previously scheduled depositions.

**ORAL ARGUMENT IS NOT REQUESTED**
**NOR IS TESTIMONY REQUIRED**

4. Under the circumstances, counsel discussed the situation and agreed that a motion for an extension of the discovery schedule was necessary.

5. In that connection, defense counsel Carolyn R. Linsey advised that she has a very large number of depositions scheduled in a complex matter pending before Judge Nevas, The Concerned Citizens v. Bell Haven Club, et al., 3:99 CV 1467, which matter has a March 2004 discovery cutoff. In addition, Attorney Linsey is scheduled to start a trial on October that she anticipates continuing until early December.

6. Under the circumstances, counsel request that the following deadlines be established by modification of this Court's May 15th 2003 Order: (a) all discovery will be completed by January 15, 2003; and (b) dispositive motions will be filed by March 15, 2004.

WHEREFORE, Plaintiff respectfully requests an extension of all times to perform discovery and to file dispositive motions.

PLAINTIFF,
BEVERLY KAHN

BY: _____
Craig T. Dickinson (ct18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to the following counsel of record:

Carolyn R. Linsey
Owens, Schine & Nicola
P.O. Box 753
Trumbull, CT  06611

_____
Craig T. Dickinson