UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 23 P 12: 25

BEVERLY KAHN,
    Plaintiff,

-vs.-

FAIRFIELD UNIVERSITY,
    Defendant.

CIVIL ACTION NO.
3:02 CV 1576 (JCH)

October 22, 2003

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Beverly Kahn, respectfully requests an extension of time in which to perform all discovery. In support of this motion, Plaintiff states the following:

1. Pursuant to this Court's May 15th 2003 Order, the following relevant deadlines were established: (a) all discovery will be completed by November 15, 2003; and (b) dispositive motions will be filed by December 15, 2003.

2. In the interim, counsel for the parties have served and responded to written discovery and Plaintiff's counsel has deposed a defense witness. In addition, the parties have scheduled the deposition of the Plaintiff and another defense witness, and attempted to schedule the depositions of several fact witnesses.

3. The depositions have not gone forward as scheduled, however, because Plaintiff's husband has been hospitalized on two occasions with acute pancreatitis. On the first occasion he experienced an extended stay in the intensive care unit and on the second occasion he underwent surgery to address his condition. Both hospital stays necessitated the adjournment of previously scheduled depositions.

**ORAL ARGUMENT IS NOT REQUESTED
NOR IS TESTIMONY REQUIRED**

[Handwritten annotation in left margin: Motion granted in part: discovery cut off is 1/15/04 and dispositive motions cutoff 3/1/04. No further extensions are likely. So Ordered.]