UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY KAHN,               : | CASE NO. 3:02 CV 15761 (JCH) |
|     Plaintiff           : | |
|                         : | |
| VS.                         : | |
|                         : | |
| FAIRFIELD UNIVERSITY,       : | |
|     Defendant           : | February 12, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

    The Defendant, Fairfield University, moves the Court for additional time, until March 23, 2004, to file dispositive motions. In support of this motion, the Defendant represents that:

    1.    On November 13, 2002, the Court entered scheduling orders, pursuant to the Parties' Planning Meeting.

    2.    Discovery for the instant case has only recently been completed on January 9, 2004.

    3.    The undersigned counsel for the Defendant has been involved in a case which is under a Court Scheduling Order, requiring that all fact discovery be completed by March 7, 2004. (Concerned Citizens of Belle Haven, et al v. The Belle Haven Club, Inc., et al. Case No. 399CV1467 (AHN).

    4.    Pursuant to such Scheduling Order, during the last sixty (60) days, the Plaintiffs for the Concerned Citizens's case have scheduled more than fifty (50) depositions, all of which must be completed on or before March 7, 2004.

5.      Although the undersigned counsel has begun preparation in the above captioned matter, she requires additional time to complete and file Defendant's dispositive motion.

6.      The undersigned counsel for the Defendant has a longstanding commitment to be out of the state for the period of February 16 through February 20, 2004. The Plaintiffs' counsel in the Concerned Citizens case have scheduled depositions on a continuing daily basis between January 15, 2003 and March 6, 2004.

7.      This is the Defendant's second request for modification of the deadline to file dispositive motions. Previously, the undersigned counsel had moved for an extension of time on May 15, 2003 due to the diagnosis of a medical condition, which required major surgery.

8.      The Plaintiff previously moved for a further extension of time to conduct discovery and file dispositive motions due to the medical condition of her husband. The Court granted Plaintiff's Motion for Extension of Time dated September 16, 2003; however, the Court stated that no further extensions would be likely. Nevertheless, the undersigned counsel requests a short additional extension because she is currently sole defense counsel in the Concerned Citizens and the above captioned lawsuit, and cannot complete the work required in the Kahn matter due to the extraordinarily extensive discovery schedule in Concerned Citizens. Further, it is not anticipated that the short extension requested would unduly delay the proceedings in this matter.

9.      The undersigned counsel has consulted Plaintiff's counsel and he has no objection to the requested extension. Furthermore, as Plaintiff's counsel will be starting a

trial on March 31, 2004, Plaintiff's counsel requests an extension of time to file his response to Defendant's dispositive motion until April 27, 2004.

    Wherefore, the Defendant requests that this Court grant the aforementioned extension of time until March 23, 2004 for the filing of Defendant's dispositive motions and an extension of time until April 27, 2004, for Plaintiff to file her response thereto.

                                            THE DEFENDANT
                                            FAIRFIELD UNIVERSITY

                                BY_____
                                          Carolyn R. Linsey      ct07674
                                          Owens, Schine & Nicola, P.C.
                                          799 Silver Lane (P.O. Box 753)
                                          Trumbull, CT 06611
                                          (203) 375-0600

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed postage prepaid to all counsel and pro se parties of record on February 12, 2004.


Craig Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT   06106


                                                                _____
                                                                Carolyn R. Linsey