UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY KAHN,  :  CASE NO. 3:02 CV 1576 (JCH)
    Plaintiff

VS.

FAIRFIELD UNIVERSITY,
    Defendant  :  February 12, 2004

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendant, Fairfield University, moves the Court for additional time, until March 23, 2004, to file dispositive motions. In support of this motion, the Defendant represents that:

1. On November 13, 2002, the Court entered scheduling orders, pursuant to the Parties' Planning Meeting.

2. Discovery for the instant case has only recently been completed on January 9, 2004.

3. The undersigned counsel for the Defendant has been involved in a case which is under a Court Scheduling Order, requiring that all fact discovery be completed by March 7, 2004. (Concerned Citizens of Belle Haven, et al v. The Belle Haven Club, Inc., et al. Case No. 399CV1467 (AHN).

4. Pursuant to such Scheduling Order, during the last sixty (60) days, the Plaintiffs for the Concerned Citizens's case have scheduled more than fifty (50) depositions, all of which must be completed on or before March 7, 2004.

GRANTED: Absent Objection
SO ORDERED
Janet C. Hall, U.S.D.J. 2/22/04