# FILED

2004 MAR -5 P 12: 55

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BEVERLY KAHN | CASE NUMBER |
| Plaintiff, | 3:02 CV1576 (JCH) |
| v. | |
| FAIRFIELD UNIVERSITY, | |
| Defendant | MARCH 3, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Defendant, Fairfield University.  Said Defendant will remain represented by Attorney Carolyn Linsey of Owens, Schine and Nicola.

BY:
MICHAEL C. JANKOVSKY
Fed Bar No. CT21554
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT  06825
(203) 255-9928

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid on

this 3rd day of March, 2004 to all counsel and pro se parties of record as follows:

Carolyn Roberts Linsey, Esq.
Owens, Schine & Nicola, P.C.
799 Silver Lane
P.O. Box 753
Trumbull, CT  06611-0753

Craig Thomas Dickinson, Esq.
Madsen & Prestley
44 Capitol Avenue
2nd Fl. E.
Suite 201
Hartford, CT  06106

MICHAEL C. JANKOVSKY

2