# FILED

2004 MAR -5  P 12: 55

U.S. DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY KAHN | CASE NUMBER |
| Plaintiff, | 3:02 CV1576 (JCH) |
| v. | |
| FAIRFIELD UNIVERSITY, | |
| Defendant | MARCH 3, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Defendant, Fairfield University. Said Defendant will remain represented by Attorney Carolyn Linsey of Owens, Schine and Nicola.

BY: _____
MICHAEL C. JANKOVSKY
Fed Bar No. CT21554
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06825
(203) 255-9928

MOTION GRANTED.
SO ORDERED.

FILED 3/9/04
2004 MAR 10  A 8: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN.