UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

BEVERLY KAHN,

                 Plaintiff,

v.                                                Case No.
                                                3-02-CV-1576 (JCH)
FAIRFIELD UNIVERSITY,

                 Defendant.

------------------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

To:    Craig Dickinson, Esq.
        Madsen, Prestley & Parenteau
        44 Capitol Avenue, Suite 201
        Hartford, CT  06106

       PLEASE TAKE NOTICE THAT Defendant, Fairfield University, will move this Court on a date and time to be set by the Court, at the Bridgeport Courthouse, 915 Lafayette Blvd., Bridgeport, CT, before the Hon. Janet Hall, United States District Judge, for summary judgment as to all claims in this case against Fairfield University.  Fairfield University will rely upon the Memorandum of Law in Support of its Motion for Summary Judgment, appended Deposition Excerpts, and Declarations and Exhibits annexed thereto, and Defendant's Statement of Undisputed Material Facts pursuant to Local Rule 9(C)1.

1

Defendant Fairfield University requests oral argument as to this motion for summary judgment.

Dated: March 23, 2004
Trumbull, CT

By: _____
Carolyn Linsey (ct 07674)
Owens, Schine & Nicola, P.C.
799 Silver Lane (P.O. Box 753)
Trumbull, CT 06611
(203) 375-0600

Attorney for Defendant:
Fairfield University

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Motion for Summary Judgment, Local Rule 9(C)1 Statement, Supporting Memorandum of Law and Supporting Declarations and Record Excerpts was mailed via first class mail, postage prepaid, this 23rd day of March, 2004 to:

Craig Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT  06106

Carolyn Linsey
Attorney for Defendant,
Fairfield University