United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3/23/04 20
Kevin F. Rowe, Clerk
By C. Warren
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY KAHN,

Plaintiff,

v.

FAIRFIELD UNIVERSITY,

Defendant.

Case No.
3-02-CV-1576 (JCH)

**LOCAL RULE 9(C)1 STATEMENT OF DEFENDANT FAIRFIELD UNIVERSITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

In support of its Motion for Summary Judgment, Defendant Fairfield University submits this Local Rule 9(C)1 statement of material facts to which there is no genuine issue to be tried.

1. Fairfield University (hereinafter "Fairfield" or "the University") is an independent, comprehensive University, founded in 1942 by the Society of Jesus, consisting of the College of Arts and Sciences (CAS), the Dolan School of Business, the School of Nursing, the School of Engineering, the School of Continuing Education and the Graduate School of Education and Allied Professions. *See* Description of Dean of CAS position (App. Tab 4).[1]

2. Fairfield University's faculty (approximately 206 full time members) educate a population of approximately 3,200 full time undergraduate and 1,900 part time undergraduate and graduate students. *See* Description of Dean of CAS position (App. Tab 4).

[1]App. refers to the Appendix, Record Excerpts in Support of Defendant's Motion for Summary Judgment. Copies of all cited deposition transcript pages and documents are attached to Declaration of Carolyn Linsey and/or Declaration of Dr. Orin Grossman, filed herewith. "Decl." refers to the Declaration and "Dep." refers to the Deposition testimony, filed herewith.

3. On October 13, 2000, Fairfield University announced its search for the Dean of the College of Arts and Sciences position (hereinafter, "the Dean"). Search Announcement (App. Tab 4).

4. The Dean's position became available in May, 1999, following then Dean Orin Grossman's appointment as Acting Academic Vice President. President Aloysius Kelley, S.J. temporarily appointed Associate Dean Beverly Kahn (hereinafter, "Dr. Kahn") to the position of Acting Dean of the College of Arts and Sciences, pending the completion of a national search for a permanent Dean. *See* Grossman Decl. (Tab A).

5. Dr. Kahn was initially hired by Fairfield University in 1990 as Assistant Dean of the College of Arts and Sciences and Associate Professor of Politics. In 1994, she was promoted to Associate Dean and remained an Associate Professor without tenure. *See* Grossman Decl. (Tab A); Letters of Appointment (App. Tab 18).

6. The Dean of the College of Arts and Sciences provides leadership and vision for the University's largest school and reports to the Academic Vice President. *See* Description of Dean of CAS position (App. Tab 4).

7. Pursuant to Fairfield's governance document, the Academic Council, as the executive arm elected by the General Faculty, appoints faculty to Search Committees for the officers of the University, including the Academic Deans. Fairfield University Faculty Handbook, pp. 5-6 (App. Tab 1). The fundamental objective of faculty and administrator searches is to bring to Fairfield University the best, most intellectually vibrant and most diverse candidates the committee can find. *See* Guidelines for Faculty and Academic Contract Staff Recruitment (App. Tab 2).

8. In August, 2000, the Academic Council appointed the following faculty from the College of Arts and Sciences to the Search Committee for a new Dean: Dr. Nancy Dallavalle, Associate Professor of Religious Studies; Dr. Nancy Haegel, Department of Physics; Dr. Dennis Keenan, Associate Professor of Philosophy; Dr. Larry Miners, Associate Professor of Economics; and Dr. Katherine Schwab, Associate Professor of Visual and Performing Arts. *See* Memorandum, dated January 16, 2001 (App. Tab 6); Faculty Handboook. (App. Tab 1); Grossman Decl. (Tab A). The Academic Council also appointed an outside school representative to the Search Committee, Dr. Sharlene McEvoy, Professor of Business Law, Dolan School of Business. *See* Memorandum, dated January 16, 2001 (App. Tab 6); McEvoy Dep. at 18 ( Tab L).

9. Acting Academic President Orin Grossman appointed three additional members to the Search Committee, an administrator, Dr. Margaret Deignan, Dean, School of Education and Allied Professions and Associate Professor of Psychology and Special Education, an alumni representative, Mary Margaret Weber, President of the Alumni Association, and a student representative, Kevin Hayes, President of the Student Association. *See* Grossman Decl. (Tab A); Memorandum, dated January 16, 2001 (App. Tab 6).

10. President Kelley appointed Academic Vice President Orin Grossman to chair the nine member (five CAS faculty, one outside faculty, one Dean, one alumnus and one student) Search Committee. The Search Committee consisted of six (6) females and three (3) males, and one (1) male non-voting chair, ranging in age from twenty-two (Kevin Hayes) to sixty-nine (Dean Margaret Deignan). *See* Declarations of Committee Members, Tabs A - G. The role of the non-voting chairperson is to ensure that searches are conducted in conformity with governance documents, including the Faculty Handbook, to resolve any issues which may arise, and to

facilitate a full discussion about the candidates. Grossman Decl. (Tab A); Guidelines for Faculty and Academic Staff Recruitment (App. Tab 2), Grossman Dep. at 165-167 (Tab K).

11. The Search Committee for the Dean of the College of Arts and Sciences Position was responsible for conducting a thorough national search, determining which candidates were most qualified, and submitting a list of finalists (usually three) to President Kelley. *See* Grossman Decl. (Tab A); Guidelines for Faculty on Academic Staff Recruitment (App. Tab 2). The recommended candidates are then invited to the campus for a full day of interviews with President Kelley, the Search Committee, Officers, staff and faculty. The Committee does not rank the recommended candidates, but members inform President Kelley of their assessment of strengths and weaknesses of those considered. President Kelley ultimately selects one of the recommended finalists for the Dean's position. *See* Grossman Decl. (Tab A); Guidelines for Faculty on Academic Staff Recruitment (App. Tab 2).

12. The Dean of the College of Arts and Sciences provides leadership and vision for the University's largest school and reports to the Academic Vice President. *See* Description of Dean of CAS position (App. Tab 4).

13. The University's requirements for the Dean of the CAS position were (I) academic credentials commensurate with appointment to senior academic rank; (ii) administrative ability; (iii) demonstrated academic leadership; and (iv) fiscal and personnel management expertise. *See* Description of Dean of CAS position (App. Tab 4).

14. The CAS Dean's position was advertised nationally, and women and minorities were encouraged to apply. Fairfield University is an Affirmative Action/Equal Opportunity Employer. *See* Position Announcement, Chronicle of Higher Education (App. Tab 4). It was the

University's priority "to conduct searches in conformity with the norms of equal opportunity practices and to make increasingly special efforts to hire women and minorities..." Grossman Decl. (Tab A); Guidelines for Faculty and Academic Staff Recruitment (App. Tab 2). The Search Committee members believed that it would be desirable to recruit a qualified minority or female candidate for the position. Grossman Decl. (Tab A); Grossman Dep. at 143, 144. In 2000, three of six permanent Academic Deans at Fairfield were women. Grossman Dep. at 145–147.

16. Vice-President Grossman informed Dr. Kahn about the process and advised her to submit her application. Grossman Dep. at 210-211 (App. Tab K). After the University received a letter nominating Dr. Kahn, she submitted a letter of interest and vitae on November 7, 2000. *See* Kahn application (App. Tab 9). Two other internal candidates applied for the position: Dr. Jack Beal, Professor of Physics and Dr. Paul Lakeland, Professor of Religious Studies. *See* Memorandum, Candidates to be Interviewed, 12/7/00 (App. Tab 5).

17. The Search Committee worked in subgroups to identify the applicants who possessed the academic credentials and requisite experience for the position. The Committee identified and looked closely at resumes of female candidates. Grossman Dep. at 169-170.

18. The first step taken by the Search Committee was to select nine or ten semi-finalists to invite for a personal interview. There was initially some disagreement among the members regarding whether or not it should interview Dr. Kahn and the other internal candidates. Grossman Dep. at 165; Deignan Decl. (Tab B). Chairperson Grossman suggested that the three internal candidates (including Dr. Kahn) should be interviewed, even if the interviews took longer. Grossman Dep . at 165-166; Deignan Decl. (Tab B).

19. The Search Committee then selected seven male and three female candidates, including Dr. Beal, Dr. Lakeland and Dr. Kahn, as semi-finalists for interview. One of the semi-finalists, Dr. Margaret Zahn, accepted another offer and withdrew her application prior to interview. Grossman Decl. (Tab A).

20. The Search Committee scheduled one hour interviews with the selected candidates at the Stamford Marriott on the weekend of January 27 and 28, 2001. The Committee developed a series of questions focusing on the candidate's view of the Dean's role, and opinion on controversial subjects such as the tenure process and merit pay. The members were provided a standard form for each semi-finalist to assess substantive answers and interpersonal skills, e.g. eye contact, demeanor, sense of humor, etc. Each member was assigned one question to pose to each candidate. *See* Memorandum, January 23, 2001, and draft questions (App. Tab 8).

21. The Committee members were invited to car-pool to the Stamford hotel and to have dinner at a Stamford restaurant. Some members car-pooled and went to dinner after the Saturday interviews. Dr. Sharlene McEvoy drove by herself and did not attend dinner, because she had other plans. There was no substantive discussion of the semi-finalists outside of the Committee's meetings on January 27-28, 2001. *See* Memorandum, dated January 23, 2001 (App. Tab 7, 8). Deignan Decl. (Tab B); Keenan Decl. (Tab F); Miners Decl. (Tab C).

22. On Saturday, January 27, 2001, the Search Committee interviewed Jack Beal (internal), Dr. Timothy Snyder (Georgetown University), Dr. Charlotte Borst (St. Louis University), Dr. Paul Lakeland (internal), Dr. Jeffrey Buller (Georgia Southern University ) and Dr. Beverly Kahn (internal). On Sunday, January 28, the Search Committee interviewed Dr. Bryan LeBeau (Creighton University ), Dr. John Day (St. Olaf College ) and Dr. Thomas Falkner

(College of Wooster). Some candidates were discussed between interviews, and all of the Committee members agreed that Dr. Charlotte Borst, Dr. Jack Beal and Dr. John Day would not advance based upon weak interviews. Grossman Decl. (Tab A); McEvoy Dep. at 36-41(Tab L).

23.  The Committee members brought different perspectives to the selection process. Some faculty members expressed that the successful candidate should, as the chosen leader of the faculty, serve as a role model for scholarship. Other members placed less emphasis on the candidates' scholarly accomplishments. Grossman Dep. at 171 (Tab K).

24.  Most of the Committee members had previous professional interaction with Dr. Kahn. Dr. Miners and Dr. Schwab had served on the 1990 Search Committee, which selected Dr. Kahn for the position of Assistant Dean. Dr. Miners (in his capacity as an Associate Dean) and Dean Deignan had positive interactions with Dr. Kahn. *See* Miners Decl. (Tab C) and Deignan Decl. (Tab B). Dr. Sharlene McEvoy, a professor in the School of Business, had been appointed by Dean Kahn to the Fullbright Committee and had formed a positive impression of her. *See* McEvoy Dep. at 18 (Tab L). The student representative, Kevin Hayes, had positive interaction with Dean Kahn. *See* Hayes Decl. (Tab G). Dr. Katherine Schwab, Dr. Nancy Dallavalle and Dr. Nancy Haegel had negative experiences working under Dr. Kahn. They expressed that she sometimes placed unreasonable demands upon faculty and was insensitive to the views of others. *See* Schwab Decl. (Tab D); Dallavalle Decl. (Tab E); McEvoy Dep. at 49 (Tab L).

25.  Dr. Grossman believed that Dr. Kahn had performed well as Assistant and Associate Dean. She was assigned several projects relating to grants and was generally successful. Dr. Grossman recommended her for the Acting Dean's position, notwithstanding some opposition by faculty and administrators. Grossman Dep. at 77-78, 94. (Tab K). The Dean of the College of

Arts and Sciences is a line position, which in contrast to the Associate's position, requires strong leadership and people skills. *See* Grossman Dep. at 93-96 and 102-108 (Tab K). In Dr. Grossman's opinion, Dr. Kahn needed to develop greater sensitivity in working with people and he hoped she would do so while serving as Acting Dean. Grossman Dep. at 106 (Tab K). He offered her advice about interacting with faculty, but she expressed that she wanted to make it on her own. Grossman Dep. at 105-106 (Tab K). Dr. Grossman observed that Dr. Kahn had numerous conflicts with faculty and administrators during her tenure as Acting Dean. *See* Grossman Dep. at 109-116 (Tab K).

26. During the Search Committee's discussions of the candidates interviewed, some members expressed criticism of Dr. Kahn, e.g. Dr. Keenan believed that her academic credentials and record of scholarship were inferior to other candidates; Dr. Dallavalle, Dr. Schwab and Dr. Haegel believed that she lacked leadership skills, resulting in poor relationships with some faculty, and had not communicated a vision for the College of Arts and Sciences. *See* Grossman Dep. at 231-233 (Tab B); Grossman Decl. (Tab A); Keenan Decl (Tab F); Dallavalle Decl. (Tab E); Schwab Decl. (Tab D).

27. The Committee Members were uniformly impressed by the interview presentations and strong academic credentials of Dr. Thomas Falkner and Dr. Tim Snyder. *See* Grossman Dep. at 230 (Tab A); Deignan Decl. (Tab B); Keenan Decl (Tab F); Schwab Decl. (Tab D); Dallavalle Decl. (Tab E); McEvoy's Dep. at 41-46 (Tab L ). There was also some support for Dr. LeBeau, Dr. Buller, Dr. Kahn and Dr. Lakeland. *Id.*

28. On January 28, 2001, after further discussion of the candidates and at the suggestion of Dr. Miners, the Committee proceeded to vote for the final candidates. Each member

cast three votes and the resulting tally was:

| | |
|---|---|
| Dr. Snyder | 9 votes (male, age 41) |
| Dr. Falkner | 6 votes (male, age 53) |
| Dr. LeBeau | 5 votes (male, age 53) |
| Dr. Buller | 4 votes (male, age 46) |
| Dr. Kahn | 3 votes (female, age 53) |

McEvoy note (App. Tab 22). *See* Falkner Decl.; LeBeau Decl.; vitae of Buller (App. Tab 13); Vitae of Snyder (App. Tab. 11).

29. Dr. Sharlene McEvoy, Dr. Larry Miner and (student) Kevin Hayes voted for Dr. Kahn; Six members of the Search Committee (five females, one male) did not vote for Dr. Kahn. *See* Grossman Decl. (Tab A); McEvoy Dep. at 43 (Tab L ).

30. The Committee agreed that the internal candidates, Dr. Beal, Dr. Lakeland and Dr. Kahn, had not received the requisite votes, and that Dr. Snyder and Dr. Falkner were the preferred candidates. The Committee scheduled a meeting on January 31, 2001, to further consider candidates Le Beau and Buller. *See* Grossman Dep. at 230-231 (Tab. K).

31. On or about January 30, 2001 , Academic Vice-President Grossman, chair of the Search Committee, advised Dr. Kahn that the Search Committee was no longer considering her for the Dean's position. Dr. Grossman had been Dr. Kahn's immediate supervisor for many years and felt that he needed to promptly inform her of the Committee's action. *See* Grossman Dep. at 242 (Tab K).

32. Dr. Kahn subsequently met with Dr. Grossman and questioned him about the Committee's actions. Dr. Larry Miners and Dr. Margaret Deignan communicated to Dr. Kahn

their sympathy that the outcome had been disappointing for her. Kahn Dep. at 74-75; 77-79 (Tab M).

33. On January 31, 2001, Committee Members expressed concern about information leaked to the faculty that the internal candidates, Dr. Beal, Dr. Lakeland and Dr. Kahn, had been eliminated as finalists. Dr. Nancy Dallavalle urged the Committee to reconsider the candidacy of Dr. Paul Lakeland. Dr. Sharlene McEvoy advocated that the Committee reconsider Dr. Kahn's candidacy. *See* Grossman Decl. (Tab A); Dallavalle Decl. (Tab E); Grossman Dep. at 250 - 254; 259 (Tab K); McEvoy Dep. at 56-58 (Tab L).

34. Dr. McEvoy made a presentation to the Committee from a prepared script (McEvoy notes, App. Tab 23). She informed the Committee members that speaking from an attorney's perspective, she believed that Dr. Kahn was a superior candidate based upon the following "objective" measures: (a) length of service as Dean; (b) accomplishments as Dean; (c) length of service in academics; (d) grant-procuring abilities; and (e) accomplishments during the last 11 years. Dr. McEvoy passed out a summary she had prepared listing Dr. Kahn's, as well as the four top candidates' schools, rank, length of service, scholarly works and experience with certain issues. *Id.*

35. Dr. McEvoy further informed the Search Committee that she believed that Dr. Kahn could have a *prima facie* claim of gender discrimination. She recommended that in order to avoid being sued, the Committee include Dr. Kahn as a finalist and then communicate its lack of support for her candidacy to President Kelley. McEvoy Dep. at 66-67 (Tab L); Grossman Dep. at 259-261 (Tab K).

36. Chairperson Grossman responded that the Committee should not recommend any candidate whom it did not genuinely support to President Kelley. Grossman Decl. (Tab A).

37. Chairperson Grossman asked the other eight Committee members to re-examine their evaluation of Dr. Kahn and to consider whether their vote or the vote of any member had been discriminatory or influenced in any way by gender. The Chair then individually polled the members, and all eight stated that the selection process had been fair, proper and non-discriminatory. Grossman Decl. (Tab A).

38. The Committee determined not to reconsider the internal candidates as finalists. The Committee decided to recommend Dr. Snyder, Dr. Falkner Dr. LeBeau and Dr. Buller for President Kelley's consideration. The Committee ultimately selected four (rather than the customary three) finalists, because support for a third candidate was close to evenly divided between Dr. LeBeau and Dr. Buller. Grossman Dep. at 240 - 241 (Tab K).

39. Dr. Sharlene McEvoy resigned from the Search Committee on January 31, 2001 (App. Tab 23).

40. Chairperson Grossman communicated the Committee's recommendations and Dr. McEvoy's dissent to President Kelley and Stephen Jakab, Affirmative Action Officer. Grossman Dep. at 254-257 (TabK).

41. Chairperson Grossman completed the University's Affirmative Action Report, noting that female candidates were not found to have the necessary qualifications. With regards to Dr. Kahn, the Committee did not believe that she possessed superior leadership abilities or scholarly credentials in comparison with the other candidates. Grossman Decl. (Tab A).

42. After extensive campus interviews with the four finalists, President Kelley offered the Dean's position to Dr. Falkner (male, age 53). However, Dr. Falkner ultimately declined the position, and President Kelley extended an offer to Dr. Snyder (male, age 41), formerly Dean of Sciences at Georgetown University, who accepted on March 15, 2001. Grossman Decl. (Tab A); Offer Letters (App. Tab 16); Falkner Decl. (Tab H).

43. On March 31, 2001, Dr. Sharlene McEvoy sent a letter to Dr. Kahn stating that she had learned the new Dean was announced and inviting her to get together for a talk.

44. On February 12, 2001, Dr. Kahn wrote to President Kelley (App. Tab 19), and subsequently met with him to discuss career opportunities at Fairfield and elsewhere. President Kelley thanked Dr. Kahn for her contributions and offered his support. *See* Kahn Dep. at 155 (Tab M ).

45. On January 1, 2001 Dr. Kahn was appointed to the position of Associate Dean (App. Tab 18). On July 21, 2001, Dr. Kahn resigned from her position at Fairfield, effective August 17, 2001 (App. Tab 19) and accepted the position of Associate Provost at Pace University, with a starting base salary of $102,000 (App. Tab 20).

46. On November 15, 2001, Dr. Kahn filed a discrimination charge with the Connecticut Commission on Human Rights and Opportunities and further requested that the charge be filed with the Equal Employment Opportunity Commission (App. Tab 26).

Dated this 23rd day of March, 2004.

Fairfield University

By: *[signature]*
Carolyn Linsey (ct 07674)
Owens, Schine & Nicola, P.C.
799 Silver Lane (P.O. Box 753)
Trumbull, CT 06611
(203) 375-0600

**CERTIFICATION**

This is to certify that a copy of the foregoing Local Rule 9(C)1 Statement, was mailed via first class mail, postage prepaid, this 23rd day of March, 2004 to:

Craig Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

*[signature]*
Carolyn Linsey
Attorney for Defendant,
Fairfield University