UNITED STATES DISTRICT COURT
DISRICT OF CONNECTICUT

```
---------------------------------------------------  :
-                                                    :
BEVERLY KAHN,                                        :   CASE NO. 3:02 CV 15761 (JCH)
            Plaintiff,                               :
                                                     :
      -vs.-                                          :   April 16, 2004
                                                     :
FAIRFIELD UNIVERSITY,                                :
            Defendant.
---------------------------------------------------
-
```

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
HER OPPOSITION TO MOTION TO SUMMARY JUDGMENT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Plaintiff respectfully moves for a ten day extension of time within which to file her opposition to Defendant's Motion for Summary Judgment. Facts relevant to Plaintiff's request are as follows:

1. Defendant's served its Motion for Summary Judgment by mail on March 23, 2004. According to the current briefing schedule, Plaintiff's opposition papers are presently due on April 27, 2004. The requested ten day extension would provide Plaintiff up to and including Friday, May 7, 2004, to serve and file her opposition papers.

2. Plaintiff's counsel has several matters that prevent him from preparing opposition papers within the current deadline, which matters were scheduled after the briefing schedule in this matter was established. In particular, Plaintiff has a settlement conference with Magistrate Fitzsimmons on April 21, 2004, in Paola v. Spada, *et al.*, 3:03 CV 1628 (WWE), and a another settlement conference with Magistrate Smith on

1

April 27, 2004, in <u>Levesque v. Town of Vernon, et al.</u>, 3:01 CV 1325 (DJS).

3. This is Plaintiff's first request for an extension of time within which to file her opposition to Defendant's Motion for Summary Judgment.

4. Plaintiff's counsel has discussed these circumstances with defense counsel and they have consented to Plaintiff's request for this extension.

WHEREFORE, the Plaintiff respectfully moves this honorable court for a ten day extension of time, up to and including Friday, May 7, 2004, within which to serve and file her opposition to Defendant's Motion for Summary Judgment.

        Plaintiff,
        Beverly Khan

By:_____
    Craig T. Dickinson
Fed. Bar No: CT18053
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466
cdickinson@mppjustice.com

**<u>CERTIFICATION OF SERVICE</u>**

This is to certify that a copy of the foregoing was mailed on this 16th day of April, 2004 to all counsel and pro se parties of record, including:

Carolyn R. Linsey
OWENS, SCHINE & NICOLA, P.C.
799 Silver Lane
P.O. Box 753
Trumbull, CT 06611

_____

Craig T. Dickinson