UNITED STATES DISTRICT COURT
DISRICT OF CONNECTICUT

---

BEVERLY KAHN,
    Plaintiff,

-vs.-

FAIRFIELD UNIVERSITY,
    Defendant.

---

CASE NO. 3:02 CV 1576 (JCH)

April 16, 2004

FILED
2004 APR 21  P 2: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**MOTION GRANTED. SO ORDERED.** /s/ Janet C. Hall U.S.D.J. 4/25/04
FILED 2004 APR 26

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HER OPPOSITION TO MOTION TO SUMMARY JUDGMENT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Plaintiff respectfully moves for a ten day extension of time within which to file her opposition to Defendant's Motion for Summary Judgment. Facts relevant to Plaintiff's request are as follows:

1. Defendant's served its Motion for Summary Judgment by mail on March 23, 2004. According to the current briefing schedule, Plaintiff's opposition papers are presently due on April 27, 2004. The requested ten day extension would provide Plaintiff up to and including Friday, May 7, 2004, to serve and file her opposition papers.

2. Plaintiff's counsel has several matters that prevent him from preparing opposition papers within the current deadline, which matters were scheduled after the briefing schedule in this matter was established. In particular, Plaintiff has a settlement conference with Magistrate Fitzsimmons on April 21, 2004, in <u>Paola v. Spada, et al.</u>, 3:03 CV 1628 (WWE), and a another settlement conference with Magistrate Smith on April 27, 2004, in <u>Levesque v. Town of Vernon, et al.</u>, 3:01 CV 1325 (DJS).

1