UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 17 P 1:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BEVERLY KAHN,
       Plaintiff

VS.

FAIRFIELD UNIVERSITY,
       Defendant

CASE NO. 3:02 CV 1576 (JCH)

May 11, 2004

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendant respectfully moves for a nineteen-day extension of time within which to file its reply brief in response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this motion, Defendant represents that:

1. Plaintiff served its Opposition to Defendant's Motion for Summary Judgment by mail on May 7, 2004. Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, Defendant's Reply Brief must be filed by May 20, 2004. Defendant requests a nineteen-day extension. This requested extension would provide Defendant up to and including June 8, 2004 to serve and file its reply brief.

2. Defendant's counsel requires adequate time to respond to the issues raised and arguments asserted in Plaintiff's opposing brief.

3. Defendant's counsel has numerous other commitments in the next several weeks including depositions, mediations and other brief filing

deadlines.

4. This is Defendant's first request for an extension of time within which to file its Reply Brief in Response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

5. Defendant's counsel has conferred with Plaintiff's counsel and he has no objection to Defendant's request for an extension of time.

WHEREFORE, the Defendant respectfully requests that this Court grant the aforementioned extension of time until June 8, 2004 for the filing of Defendant's Reply Brief In Response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

THE DEFENDANT
FAIRFIELD UNIVERSITY

By_____
Carolyn R. Linsey     ct07674
Owens, Schine & Nicola, P.C.
799 Silver Lane (P.O. Box 753)
Trumbull, CT 06611
(203) 375-0600

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed postage prepaid to all counsel and pro se parties of record on May 11, 2004.

Craig Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

                                            Carolyn R. Linsey