UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------------x
:
BEVERLY KAHN, :
 :
                Plaintiff, :
v. : Case No.
 : 3-02-CV-1576 (JCH)
FAIRFIELD UNIVERSITY, :
 :
                Defendant. :
 : June 8, 2004
-------------------------------------------------------------------------x

## REPLY MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Carolyn R. Linsey    ct06764
OWENS, SCHINE & NICOLA, P.C.
799 Silver Lane
Trumbull, CT 06611
(203) 375-0600
Attorney for Defendant

## TABLE OF CONTENTS

TABLE OF AUTHORITIES................................................................................................ ii

PRELIMINARY STATEMENT....................................................................................... 1

ARGUMENT.................................................................................................................... 1

    A.    The University Search Committee's Action is Not Selecting Dr. Kahn as a Finalist was Not Motivated by Gender Discrimination............................. 1

    B.    Plaintiff's CEFPA Claim is Time Barred........................................................... 9

CONCLUSION................................................................................................................. 10

APPENDIX

Deposition Excerpts:

| | |
|---|---|
| Fr. Aloysius Kelley | pp. 28-29, 36-38, 49-51 |
| Dr. Orin Grossman | pp. 78, 101-105 |
| Dr. Beverly Kahn | pp. 23, 24, 73, 74, 168-196, 180 |
| Dr. Sharlene McEvoy | pp. 186-187 |
| Dr. Margaret Deignan | p. 59 |

# TABLE OF AUTHORITIES

**CASES**

*Brousard-Norcross v. Augustana College Ass'n*, 935 F.2d 974 (8th Cir. 1991)................. p. 3

*Byrnie v. Town of Cromwell Bd. of Ed.*, 243 F.3d 93 (2d Cir. 2001)............................... pp. 3,4

*Cornwell v. Robinson*, 23 F.3d 694 (2d Cir. 1994)............................................................ p. 8

*Deines v. Tex. Dept. Of Protective and Regulatory Serv*...................................................... p. 4

*Hester v. Bic Corporation*, 225 F.3d 178 (2d Cir. 2000)...................................................... p. 6

*Price Waterhouse v. Hopkins*, 490 U.S. 228, 109 S. Ct. 1797, 1791 (1989)..................... pp. 6,7

*Stein v. Kent State University Board of Trustees*, 994 F. Supp. 898 (N.D. Ohio 1998)... p. 3

*Stratton v. Dept. of Aging*, 132 F.3d 869 (2d Cir. 1997).................................................... p. 8

*Van Zant v. KLM Royal Dutch Airlines*, 80 F.3d 708 (2d Cir. 1996)............................... p. 8

*Williams v. Commission on Human Rights & Opportunities*, 67 Conn. App. 316 (2001)... p. 9

**STATUTES**

Connecticut General Statute 46a-82(e)................................................................................ p. 9

ii