**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BEVERLY KAHN : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02-cv-1576 (JCH) |
| : | |
| FAIRFIELD UNIVERSITY : | APRIL 11, 2005 |
|    Defendant : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

    _____ All purposes

    _____ A ruling on all pretrial motions except dispositive motions

    _____ To supervise discovery and resolve discovery disputes

    _____ A ruling on the following motion(s) which are currently pending:

    ____√____ A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of April, 2005.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge