UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY KAHN,<br>Plaintiff | : CASE NO. 3:02 CV 15761 (JCH)<br>:<br>: |
| VS. | : |
| FAIRFIELD UNIVERSITY,<br>Defendant | :<br>: AUGUST 23, 2005 |

## JOINT MOTION FOR EXTENSION OF DATES FOR PRETRIAL MEMORANDA AND JURY TRIAL

The parties to the above lawsuit jointly move the Court for a short additional extension of the date for the filing of pretrial memoranda from September 26, 2005 to October 18, 2005, and the date for jury trial from October 17, 2005 until November 8, 2005.

The reason for the requested extension is that the settlement conference scheduled for June, 2005 was continued by Judge Fitzsimmons to August 22 and then to September 15, 2005 because the Court had scheduling conflicts. Both parties to this action would like to defer preparation of the pretrial memoranda as well as final trial preparations until after the settlement conference. The parties believe that the requested extension would facilitate settlement in that the parties would then not incur significant additional attorney's fees prior to the settlement conference. Further, both counsel have other trial and briefing obligations during the month of September, and require additional time to adequately prepare their pretrial memoranda and to conclude preparations for jury trial.

This is the parties' first request for an extension of time deadlines.

WHEREFORE, the parties request that this Court grant the aforementioned extension of time of the dates for the filing of the the pretrial memoranda until October 18, 2005 and for the commencement of the jury trial until November 8, 2005.

THE PLAINTIFF

BY _____
Craig T. Dickinson    ct18053
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT  06106
860-246-2466


THE DEFENDANT

BY _____
Carolyn R. Linsey   ct07674
Owens, Schine & Nicola, P.C.
799 Silver Lane (P.O. Box 753)
Trumbull, CT 06611
(203) 375-0600

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid to all counsel and pro se parties of record on August 23, 2005.

Craig Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT   06106

Hon. Holly Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Carolyn R. Linsey