UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEVERLY KAHN

v                                                                3:02cv1576JCH

FAIRFIELD UNIVERSITY

J U D G M E N T

Notice having been sent to counsel of record on September 27, 2005, pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before October 15, 2005. No closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 18th day of October, 2005.

KEVIN F. ROWE, Clerk

By:   /s/Catherine Boroskey
         Deputy Clerk

ENTERED ON DOCKET_____