UNITED STATES DISTRICT COURT
DISRICT OF CONNECTICUT

FILED

2006 MAY 12 A 11: 34

| | |
|---|---|
| BEVERLY KAHN,<br>           Plaintiff, | CASE NO. 3:02 CV 1576 (JCH) |
| -vs.- | |
| FAIRFIELD UNIVERSITY,<br>           Defendant. | November 4, 2005 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

Plaintiff,
Beverly Khan

By: _____
Craig T. Dickinson
Fed. Bar No: CT18053
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466
cdickinson@mppjustice.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 11th day of May, 2006 to all counsel and pro se parties of record, including:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
860-246-2466

_____
Carolyn R. Linsey